# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: C. I., A MINOR.

No. 84641

CLARK COUNTY DEPARTMENT OF FAMILY SERVICES,
                    Petitioner,
        vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE CYNTHIA N. GIULIANI, DISTRICT JUDGE,
                    Respondents,
        and
C. I., A MINOR; MAUREEN H., NATURAL MOTHER; AND ROSEMARY P., LEGAL GUARDIAN,
                    Real Parties in Interest.

**FILED**

JUN 08 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING PETITION

Cause appearing, petitioner's motion for a voluntary dismissal of this writ petition is granted. This writ petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Cynthia N. Giuliani, District Judge
     Clark County District Attorney/Juvenile Division
     Legal Aid Center of Southern Nevada, Inc.
     Maria A. Perez Avilez
     Rosemary P.
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-18244